EDWARD  TICKNER, PLAINTIFF IN ERROR, *v.* THE PEOPLE,
DEFENDANTS IN ERROR.

*Burglary — degree of force.*

Where the door of a house is *tightly* closed, without being either bolted, locked,
    or fastened, it is burglary to open it and enter the house with the purpose of
    stealing. .(2 Whart. Crim. Law, § 1541; *Curtis* v. *Hubbard*, 1 Hill, 338; *Rex*
    v. *Russell*, 1 Wood, 397; *State* v. *Reed*, 20 Iowa, 413; *People* v. *Bush*, 3 Parker,
    552.)

WRIT of error to the Court of Sessions of the county of Onon-
daga, to review the conviction of the plaintiff in error of burglary
in the second degree.

*Randall & Randall,* for plaintiff in error. . *William James,* district attorney, for defendants in error.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.